IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-09-031 |
| PATRICK DAVID COCHRAN | § | |

**O R D E R**

The defendant's motion to modify conditions of release, (Docket Entry No. 28), is granted. The conditions of the defendant's pretrial release are modified to allow his aunt, Nadine Cochran, to substitute as a third-party custodian during the absence of his parents from April 2-11, 2009. The conditions are also modified to excuse the defendant from participating in group sex therapy sessions with his sex therapist because there would be no guarantee of confidentiality during group therapy sessions. The conditions are otherwise unchanged.

SIGNED on March 12, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge